# IN THE MATTER OF JOHN McDONELL,
## AN ABSENT JUROR

### 1811

#### JOURNAL ENTRIES

1. Order for citation . . . . . . . . . *Journal, infra,* \*p. 384

#### PAPERS IN FILE
[None]

# UNITED STATES
### v.
# HIRAM RUSSELL

### 1811

#### JOURNAL ENTRIES

1. Rule to declare . . . . . . . . . . *Journal, infra,* \*p. 386

#### PAPERS IN FILE

1. Capias and return . . . . . . . . . . . . . . .